**James S. CHIZMAR, Plaintiff–Appellant**

v.

**ACCO BRANDS CORPORATION, Staples, Inc., Defendants–Appellees.**

No. 2015–1715.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

Zachary David Silbersher, Kroub Silbersher & Kolmykov PLLC, New York, NY, argued for plaintiff-appellant. Also represented by Sergey Kolmykov, Gaston Kroub.

Chad S.C. Stover, Barnes & Thornburg LLP, Wilmington, DE, argued for defendants-appellees.

CHEN, CLEVENGER, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**